**STATE, Plaintiff-Appellee, v. WATSON, Defendant-Appellant.**

Ohio Appeals, Second District, Montgomery County.

No. 2243.  Decided July 9, 1953.

Mathias H. Heck, Pros. Atty., Dayton, by Walter A. Porter, Asst. Pros. Atty., for plaintiff-appellee.

Canny, Stewart & Cromer, Dayton, Clarence J. Stewart, of Counsel, for defendant-appellant.

## OPINION

By THE COURT:

Submitted on motion of Plaintiff-Appellee for an order dismissing the appeal on the ground that Defendant-Appellant failed to file his assignments of error and brief with the transcript as provided in §13459-3 GC.

This Court has consistently ruled that the provision in §13459-3 GC, requiring the briefs and assignments of error to be filed with the transcript is mandatory, and a motion to dismiss the appeal will be sustained for failure to comply with this requirement.  See **State of Ohio v. Moore,**

84 Oh Ap 91; **City of Dayton v. Swartzel, 88 Oh Ap 512, 517,** and cases therein cited.

The motion to dismiss will be sustained. Motion of appellant for extension of time is overruled.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.